# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 22, 2024
Lyle W. Cayce
Clerk

No. 20-60712
Consolidated with
No. 23-60583

Pardeep Kumar,

*Petitioner,*

versus

Merrick Garland, *U.S. Attorney General*,

*Respondent.*

_____

Petitions for Review from an Order of the
Board of Immigration Appeals
Agency No. A201 680 166
Agency No. A201 680 166

_____

Before Jones, Southwick, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of Pardeep Kumar for review of an order of the Board of Immigration Appeals and the briefs on file.

IT IS ORDERED and ADJUDGED that the petition for review is DENIED.

No. 20-60712
c/w No. 23-60583

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.